<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1837**

_____

AARON HOLSEY,

        Plaintiff – Appellant,

    v.

CORLESS ALSTON, individually and as acting deputy director of the Department of Rental and Assisted Housing; D. MILLER-FORD, individually and as a staff member of the Housing Authority of Baltimore City; PAUL T. GRAZIANO, individually and as executive director of the Housing Authority of Baltimore City; ERICA MANCE, individually and as property manager of Belleview Manchester Apartments; FELICIA MARTIN, individually and as office manager for the CSI Support and Development Services (Coop); BRANDON MOSS, individually and as building liaison for the CSI Support and Development Services (Coop); CHERYL ROSS, individually and as regional manager for the CSI Support and Development Services (Coop); MONIQUE STARK, individually and as senior building accountant for the CSI Support and Development Services (Coop); CSI SUPPORT AND DEVELOPMENT SERVICES (COOP); THE HOUSING AUTHORITY OF BALTIMORE CITY,

        Defendants - Appellees,

    and

THE TOWNER MANAGEMENT COMPANY; D AND L REPORTING SERVICES,

        Defendants.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:13-cv-00994-GLR)

_____

Submitted:  November 4, 2013          Decided:  November 21, 2013

_____

Before GREGORY, DUNCAN, and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Aaron Holsey, Appellant Pro Se. Carrie Blackburn Riley, Baltimore, Maryland; Nathan Daniel Adler, Brian M. Boyle, NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, PA, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Holsey seeks to appeal the district court's order granting in part and denying in part Holsey's motion for an extension of time to respond to the Defendants' motions to dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Holsey seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED